FRANK OESTERLE, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEYMOUR BLEIER, Appellant, v. MICHAEL BRADY and Another, Defendants, Impleaded with JOHN WAGNER, Individually and as Sheriff, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of SYLVESTER A. HAMMILL, Respondent, v. BARNET S. MILMAN, Appellant.— Judgment reversed and complaint dismissed, on the authority of *People* v. *Duplan Silk Corporation* (208 App. Div. 435). Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ; Martin, J., dissenting.

, ANNA M. MATTHEWS, Respondent, v. WILLIAM THORNE MATTHEWS, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BETTY WEISMAN, Respondent, v. HARRY WEISMAN, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TEDESCO, Appellant.— Preference granted for November 25, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

A. SIDNEY DAVISON COAL CO., INC., Respondent, v. WESTON, DODSON & CO., INC., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GAETANO CAGGIANO, as Administrator, etc., of ANTHONY CAGGIANO, Deceased, Respondent, v. GEORGE S. TRAYSER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Smith and Merrell, JJ., dissenting on the ground that plaintiff's intestate was guilty of contributory negligence as a matter of law.

S. SILBERSTEIN & SON, INC., Respondent, v. MORRIS WEINTRAUB and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

DEDRICK H. SCHMIDT and Another, as Executors and Trustees, etc., and Others, as Executors, etc., of HENRY EGGERS, Deceased, Respondents, v. HERMINE C. E. EGGERS and Others, Respondents, and HAZEL EGGERS, by Her Guardian ad Litem, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GANO, MOORE COAL MINING COMPANY, INC., Respondent, v. A. H. POWELL & COMPANY, INC., Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GANO, MOORE COAL MINING COMPANY, INC., Respondent, v. A. H. POWELL & COMPANY, INC., Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.